James E. Mahfood, Esq., SBN 108949
LAW OFFICES OF JAMES E. MAHFOOD
25283 Cabot Road, Suite 116
Laguna Hills, CA 92653
(949) 830-3700
jamahfood@mahfoodlaw.com

Attorney for Plaintiff Sky Michael Buroza

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| SKY MICHAEL BUROZA, an individual<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION SERVICE, a government entity, UNITED STATES OF AMERICA, a government entity and Does 1 through 10, inclusive,<br><br>        Defendants. | Case No.: _____<br><br>**COMPLAINT FOR DAMAGES DUE TO NEGLIGENCE-Auto** |

## JURISDICTION

1.    This Court has jurisdiction of this matter where Plaintiff is a resident of the County of Orange in the Central District of California and the United States of America is a defendant in this action.

## PARTIES

2.  Plaintiff, SKY MICHAEL BUROZA (hereinafter BUROZA), is a resident of the County of Orange in the Central District of California and at all times relevant herein was residing in the County of Orange.

3.  Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendant UNITED STATES OF AMERICA, employed, hired,

1    directed, managed, and or supervised GUILLERMO ESPARZA (hereinafter
2    ESPARZA).

3        4.    Plaintiff is informed and believes, and thereon alleges ESPARZA is an
4    individual who was the agent and employee of the UNITED STATES CUSTOMS AND
5    BORDER PROTECTION SERVICE a department of Defendant UNITED STATES OF
6    AMERICA, and in doing all of the things herein mentioned was acting within the scope
7    of his authority and employment as such agent and employee, and with the permission
8    and consent of Defendant UNITED STATES OF AMERICA.

9        5.    The true names and capacities of defendants sued herein as DOES 1
10   through 10, inclusive, are unknown to Plaintiff who hereby sues such defendants by
11   such fictitious names. Each of the defendants named herein as a DOE is in some manner
12   responsible for the events sued upon. Plaintiff will amend this complaint to insert the
13   true names and capacities of each DOE defendant when and if ascertained.

14       6.    Plaintiff is informed and believes and thereon alleges that each named
15   defendant and those defendants sued herein by such fictitious names were the agents,
16   employees, and servants of every other defendant herein, and each of them, and were at
17   all times herein relevant, acting within the scope of their employment and agency
18   relationship.

19                        **FIRST CAUSE OF ACTION**
20                          **NEGLIGENCE (Auto)**
21            (By Plaintiff against Defendants UNITED STATES OF AMERICA
22                        and DOES 1 through 10)

23       7.    Plaintiff realleges and incorporates each and every allegation contained in
24   paragraphs 2 through 6 as though fully set forth herein.

25       8.    On or about Sunday, July 7, 2019 at 11:55 a.m., BUROZA was driving his
26   rented 2019 Nissan Versa southbound on SR-7 toward the intersection with SR-98
27   facing a green traffic control light as his vehicle entered the intersection. ESPARZA
28   was on duty as a United States Border Patrol Agent in his employer's 2009 Chevrolet

Tahoe driving westbound on SR-98 with his emergency lights and siren on at 65 miles per hour. Before he reached the intersection with SR-7 he changed lanes across the center line to the eastbound lane of SR-98 to pass a westbound car stopped at the red traffic light and entered the intersection. He had no time or distance to avoid impacting BUROZA's vehicle. ESPARZA was not responding to an emergency call and was in violation of 31453(a) VC by illegally entering the intersection against a red traffic light. His Tahoe slammed into the left rear of BUROZA's vehicle and spun it around to the southeast. BUROZA's airbags deployed and he suffered severe bodily injuries in the crash. He suffered substantial injuries to his head, neck, hips, groin, wrist, ankles and knees. He was taken by ambulance to the El Centro Regional Medical Center emergency room where he was treated for his injuries.

9. Defendants owed a duty to Plaintiff to properly and safely operate his vehicle so as not to violate Plaintiff's right-of-way and cause a collision between the vehicles.

10. Defendants breached their duty to Plaintiff when ESPARZA illegally entered the intersection against a red light at an excessive speed.

11. It was foreseeable to Defendants that as a result of their breach of duty to Plaintiff that such breach would result in serious bodily injury to Plaintiff.

12. ESPARZA's maneuvering his vehicle into Plaintiff's was a violation of California Vehicle Code § 31453(a) which provides: A driver facing a steady circular red signal alone shall stop at a marked limit line, but if none, before entering the crosswalk on the near side of the intersection or, if none, then before entering the intersection, and shall remain stopped until an indication to proceed is shown…

13. The purpose of Vehicle Code § 31453(a) is to prevent the occurrence of collisions at intersections. Plaintiff, as a member of the general motoring public approaching an intersection, was in the specified class of persons intended to be protected by Vehicle Code § 31453(a). On July 7, 2019, ESPARZA was

aware that entering an intersection against a red light created the risk of causing a collision with crossing traffic. As a result of ESPARZA's violation of Vehicle Code § § 31453(a), his negligence in causing the collision shall be presumed as a matter of law.

14.   As a direct and proximate result of Defendant's breach of duty to Plaintiff, as well as their violation of Cal. Vehicle Code § 31453(a), Plaintiff has suffered injury to his body, incurred medical bills for treatment of his injuries, lost income, and endured pain, loss of quality of life, mental anguish, inconvenience, fear, and loss of enjoyment of life.

15.   Under the Federal Tort Claims Act, the UNITED STATES OF AMERICA is liable for its acts of negligence "in the same manner and to the same extent as a private" defendant would be under California law. 28 U.S.C. § § 1346 and 2674.

16.   As ESPARZA was operating his vehicle in the normal course and scope of his employment with the UNITED STATES OF AMERICA, and used the vehicle as a means to perform his job duties, the UNITED STATES OF AMERICA is liable for damages caused by EPARZA's negligent operation of his vehicle.

17.   On September 13, 2019, Plaintiff filed a complete administrative "Claim for Damage, Injury or Death, which was received by U.S. Customs and Border Protection  attorney Erik J. Gantzel  in accordance with the requirements of U.S.C. §2675(a) of the Federal Tort Claims Act. A copy of the Claim for Damage, Injury, or Death is attached hereto as **Exhibit l.** The claim was rejected by Raul L. Ortiz, Deputy Chief, U.S. Border Patrol on May 24, 2020, a true and correction of the rejection letter is attached hereto as **Exhibit 2**.

//
//
//
//
//

1

**WHEREFORE,** Plaintiff prays judgment as follows:

2

3   **1.  On the First Cause of Action for Negligence:**

4       a.  For actual and special damages according to proof at the time of trial;

5       b.  Damages for medical and related expenses according to proof;

        c.   Interest according to law;

6       d.  For costs of suit herein incurred; and

7       e.  For such other and further relief as the Court may deem just and proper.

8

                                    Respectfully submitted,

9

10

Dated: October 28, 2020

11                                  JAMES E. MAHFOOD
                                    Attorney for Plaintiff Sky Michael Buroza
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# EXHIBIT 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| U.S. Customs and Border Protection 610 Ash St Ste 1200 San Diego, CA 92101 | Claimant: Sky Michael Buroza Attorney: James E. Mahfood 25283 Cabot Rd Ste 116 Laguna Hills, CA 92653 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 10/17/1980 | Unmarried | 07/07/2019  Sunday | 11:55 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Guillermo Esparza, and employee of Department of Homeland Security, drove his 2009 Chrev Tahoe into the intersection of SR-7 and SR-98 against a red light on a non emergency situation and collided with a 2019 Nissan Versa driven by claimant Sky Buroza causing him severe injuries in his head, neck, back and knees and substantial damage to his vehicle.SCP report #9625-2019-00464 states that Esparza was at fault in this accident. Due to the impact, claimant's vehicle spun around and come to rest at a curb.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Ean Holdings, LLC, 14002 E 21st Street Tulsa OK 74134 (Enterprise Rental Car)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant's vehicle was totaled. Unknown as to location

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimant loss consciousness from the head injury and a closed head trauma. He further suffered spinal injuries to entire spine from neck to his low back and knees due to the impact and spinning vehicle.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Cain Angel Nunez | 536 Barbara Worth Road, Calexico, CA 92231 |

RECEIVED SEP 16 2019 BY

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) |
|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| 20,000.00 | 1,000,000 | | 1,020,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). SEE | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| James E Mahfood ATTORNEY FOR CLAIMANT ATTCH | 9498303700 | 09/13/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 5-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Ameriprise, IDS Property Casualty, 3500 Packerland Dr, DePere, WI 54115

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes  [ ] No   17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).
Unknown. Vehicle was owned by Enterprise Car Rental, P.O. 843369, Kansas City, MO 64184
Claim #14699377

19. Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Ameriprise, IDS Property Casualty, 3500 Packerland Dr, DePere, WI 54115
Claim #2707489BG622

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

*Law Offices*

# JAMES E. MAHFOOD

**25283 CABOT ROAD, SUITE 116**
**LAGUNA HILLS, CALIFORNIA   92653**

Telephone: (949) 830-3700        *JMahfood@MahfoodLaw.com*        Fax: (949) 830-3239

### Designation Authorization

I, _Sky Bucoza_, hereby authorize the LAW OFFICES OF JAMES E. MAHFOOD to represent my interests regarding my claim for the date of loss of _July 7th, 2019_.

I further authorize the LAW OFFICES OF JAMES E. MAHFOOD to receive confidential and other documents regarding this claim, including, without limitation, medical records, accident reports, paramedic, EMT and ambulance records, etc.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on _July 24th, 2019_ at Laguna Hills, California.

Client's Signature:    _____

Name printed:    _Sky Bucoza_____

# EXHIBIT 2

# EXHIBIT 2

1300 Pennsylvania Avenue NW
Washington, DC 20229



**U.S. Customs and
Border Protection**

MAY 2 4 2020

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

James E. Mahfood, Esq.
Law Offices of James E. Mahfood
25283 Cabot Road, Suite 116
Laguna Hills, CA  92653

Re:    FTCA Administrative Claim of Sky Michael Buroza

Dear Mr. Mahfood:

Please be advised of the following decision regarding the administrative claims you filed on behalf of Sky Michael Buroza for personal injuries and property damages stemming from a vehicle accident on July 7, 2019, involving a U.S. Border Patrol vehicle.  After careful consideration of all the evidence in this case, it is my decision to deny the claim in full.

Please be advised that if you are dissatisfied with this decision, you may file suit in an appropriate United States District Court no later than six months after the date of this letter.

Raul L. Ortiz
Deputy Chief
U.S. Border Patrol